# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### San Antonio Div - Western District of Texas

Case Number: 5:20-CV-00829-OLG

Plaintiff:
RAUL GONZALES,
Individually and on behalf of all others similarly situated

vs.

Defendant:
CROSSLAND OILFIELD SERVICES, LLC
and DREW A. CROSSLAND

For:
Clif Alexander
Anderson2X PLLC
819 N Upper Broadway
Corpus Christi, TX 78401

Received by Allen Civil Process on the 22nd day of September, 2020 at 9:18 am to be served on Crossland Oilfield Services L.L.C. Registered Agent: DREW A CROSSLAND, 333 S. Hackberry, San Antonio, Bexar County, TX 78203.

I, David Pace, being duly sworn, depose and say that on the 23rd day of October, 2020 at 9:38 am, I:

POSTED by attaching a true copy of the .Summons, Original Collective and Class Action Complaint and Order For Substituted Service with the date of service endorsed thereon by me, to a conspicuous entryway place of the within named Business, Crossland Oilfield Services L.L.C. Registered Agent: DREW A CROSSLAND at the address of: 333 S. Hackberry, San Antonio, Bexar County, TX 78203. Being the front door/entry way on the property, of the within named Crossland Oilfield Services L.L.C. Registered Agent: DREW A CROSSLAND.

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am certified to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

Subscribed and Sworn to before me on the 28th day of October, 2020 by the affiant who is personally known to me.

Blanche Jones
NOTARY PUBLIC

BLANCHE JONES
ID #128818339
My Commission Expires
February 24, 2024

David Pace
PSC#1820 Exp: 12/31/2020

Allen Civil Process
Service@acptx.com
P.O. BOX 181293
Corpus Christi, TX 78480-1293
(361) 884-1657

Our Job Serial Number: ALN-2020008117

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

